**No. 52574.**—The Dean & Kite Co. et al. *v.* United States, protests 52395–K, etc. (Cleveland, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52575.**—Alberto Cabouli et al. *v.* United States, protests 89794–K, etc. (New York).

Opinion by JOHNSON, J. Certain items of the merchandise stipulated to consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269 were held subject to an allowance for tare of inedible coverings of 2½ percent from the net weight reported by the United States Weigher.

**No. 52576.**—Joseph L. Sclafani, Inc. *v.* United States, protest 137555–K (New York).

Opinion by JOHNSON, J. Certain items of the merchandise stipulated to consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) were held subject to an allowance for tare of inedible coverings of 2½ percent from the net weight reported by the United States Weigher.

**No. 52577.**—Thorens Co. *v.* United States, protest 139304–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of cereal or baby dishes similar in all material respects to those the subject of *Thorens, Inc.* v. *United States* (19 Cust. Ct. 67, C. D. 1069), the claim of the plaintiff was sustained.

**No. 52578.**—L. Gandolfi & Co., Inc., et al. *v.* United States, protests 965001–G, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.